No. 04–971. SERRA CANYON CO., LTD. *v.* CALIFORNIA COASTAL COMMISSION ET AL. Ct. App. Cal., 2d App. Dist. Motion of California Association of Realtors for leave to file a brief as *amicus curiae* out of time denied. Certiorari denied.

No. 04–995. MERCK & CO., INC., ET AL. *v.* EPPS-MALLOY. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR and JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–1047. WARNER-LAMBERT CO. ET AL. *v.* WAKEFIELD, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE, TRUSTEE, AND EXECUTOR OF THE ESTATE OF WAKEFIELD ET AL. Ct. Civ. App. Okla. Motions of Chamber of Commerce of the United States of America et al. and Pharmaceutical Research and Manufacturers for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 04–1054. BALTIMORE CITY DEPARTMENT OF SOCIAL SERVICES *v.* TERESA B. Ct. App. Md. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 04–1198. ALEXANDER ET AL. *v.* OKLAHOMA ET AL. C. A. 10th Cir. Motion of Professional Historians for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 04–1246. BESSINGER ET AL. *v.* FOOD LION, LLC, ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–1255. UZAN ET AL. *v.* MOTOROLA CREDIT CORP. ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.